IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00076-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.  ELBERT DELON BROWN**,

    Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

A Notice of Disposition (Dkt. # 95) was filed in the above matter on September 13, 2006.  At the parties' request, a Change of Plea hearing is set for **Friday, September 29, 2006 at 11:00 a.m.**, in lieu of the motions hearing currently set. Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on September 27, 2006.**  If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.  The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (see D.C.COLO.LCrR 11.1F).  In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the five-day jury trial in this matter, set to commence October 16, 2006, is VACATED.

DATED:  September 13, 2006

                                                  BY THE COURT:

                                                  *s/ Phillip S. Figa*

                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge