IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00076-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ELBERT DELON BROWN;

    Defendants.

---

## ORDER TO RESET SENTENCING

---

This matter is before the Court *sua sponte*. Because of a scheduling conflict on the Court's docket, it is hereby ORDERED that the sentencing for Defendant Elbert Delon Brown currently set for December 22, 2006 at 8:00 a.m. is CONTINUED. Counsel are directed to confer and call Chambers (303-335-2174) no later than November 13, 2006 to reset this sentencing.

    DATED: October 30, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge