IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00076-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELBERT DELON BROWN;

    Defendants.

---

**ORDER RESETTING SENTENCING**

---

The sentencing of Defendant Elbert Delon Brown has been RESET to **Friday, December 15, 2006 at 8:30 a.m.**

DATED: November 1, 2006

    BY THE COURT:

    *s/ Phillip S. Figa*
    _____
    Phillip S. Figa
    United States District Judge