# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00076-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ELBERT DELON BROWN,

       Defendant.

---

## ORDER DISMISSING PROBATION VIOLATION PETITION AND VACATING PROBATION REVOCATION HEARING

---

       This matter coming to the attention of the Court upon the report of the probation officer that the defendant has come into compliance with his conditions of probation since revocation proceedings were initiated on March 20, 2008. In the interest of judicial economy, it is

       ORDERED that the Probation Violation Petition filed on March 20, 2008, is hereby dismissed and that the Probation Revocation Hearing scheduled for June 13, 2008, is vacated.

       DATED at Denver, Colorado, this __11th__ day of June 2008.

                                      BY THE COURT:

                                      s/Lewis T. Babcock
                                      LEWIS T. BABCOCK
                                      United States District Judge